TIMOTHY P. JOHNSON (BAR NO. 66333)
BARRON & NEWBURGER, P.C.
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@bn-lawyers.com

Attorneys for Defendant Zwicker & Associates, P.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE GOTANIAN<br><br>Plaintiff,<br><br>vs.<br><br>ZWICKER & ASSOCIATES, P.C., DISCOVER BANK, and TRANS UNION, LLC<br><br>Defendants. | Case No. 2:22-cv-00421-JFW-MAA<br><br>**ANSWER TO COMPLAINT** |

///

//

-1-

ANSWER                                    22-cv-00421-JFW-MAA

Defendant Zwicker & Associates, P.C. answers Plaintiff's Complaint as follows:

### Introduction

1. Answering paragraph 1 of the Complaint, Defendant states that Paragraph 1 appears to be merely descriptive of Plaintiff's claim; however, to the extent that it can be construed to assert liability or wrongdoing on the part of Defendant, it denies the allegations contained therein.

2. Answering paragraph 2 of the Complaint, Defendant states that Paragraph 2 appears to be merely descriptive of Plaintiff's claim; however, to the extent that it can be construed to assert liability or wrongdoing on the part of Defendant, it denies the allegations contained therein.

3. Answering paragraph 3 of the Complaint, Defendant states that Paragraph 3 appears to be merely descriptive of Plaintiff's claim; however, to the extent that it can be construed to assert liability or wrongdoing on the part of Defendant, it denies the allegations contained therein.

4. Answering paragraph 4 of the Complaint, Defendant states that Paragraph 4 appears to be merely descriptive of Plaintiff's claim; however, to the extent that it can be construed to assert liability or wrongdoing on the part of Defendant, it denies the allegations contained therein.

5. Answering paragraph 5 of the Complaint, Defendant denies the allegations as to it and is without knowledge or information to form a belief as to the truth of the allegations contained therein as to any other parties.

6. Answering paragraph 6 of the Complaint, Defendant states that Paragraph 6 appears to be merely descriptive of Plaintiff's claim; however, to the

extent that it can be construed to assert liability or wrongdoing on the part of Defendant, it denies the allegations contained therein.

7. Answering paragraph 7 of the Complaint, Defendant states that Paragraph 7 appears to be merely descriptive of Plaintiff's claim; however, to the extent that it can be construed to assert liability or wrongdoing on the part of Defendant, it denies the allegations contained therein.

8. Answering paragraph 8 of the Complaint, Defendant states that Paragraph 8 appears to be merely descriptive of Plaintiff's claim; however, to the extent that it can be construed to assert liability or wrongdoing on the part of Defendant, it denies the allegations contained therein.

9. Answering paragraph 9 of the Complaint, Defendant states that Paragraph 9 appears to be merely descriptive of Plaintiff's claim; however, to the extent that it can be construed to assert liability or wrongdoing on the part of Defendant, it denies the allegations contained therein.

10. Answering paragraph 10 of the Complaint, Defendant states that Paragraph 10 appears to be merely descriptive of Plaintiff's claim; however, to the extent that it can be construed to assert liability or wrongdoing on the part of Defendant, it denies the allegations contained therein.

**Jurisdiction and Venue**

11. Answering paragraph 11 of the Complaint, Defendant denies that Plaintiff suffered a concrete, particularized, injury-in-fact; therefore, it asserts that Plaintiff lacks Article III standing, as a result of which it denies that the Court possesses subject matter jurisdiction. As to the remaining allegations in this paragraph, Defendant is without knowledge or information to form a belief as to the truth of those allegations and on that basis denies each and every remaining allegation

therein.

12. Answering paragraph 12 of the Complaint, Defendant denies the allegations as to it and is without knowledge or information to form a belief as to the truth of the allegations contained therein as to any other parties.

13. Answering paragraph 13 of the Complaint, Defendant does not dispute the allegations contained therein as to it.

14. Answering paragraph 14 of the Complaint, Defendant does not dispute the allegations contained therein.

### Parties

15. Answering paragraph 15 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

16. Answering paragraph 16 of the Complaint, Defendant does not dispute the allegation that Plaintiff is allegedly obligated to pay a debt. Defendant is without knowledge or information to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies each and every remaining allegation therein.

17. Answering paragraph 17 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

18. Paragraph 18 of the Complaint is not directed at this Defendant and requires no response.

19. Paragraph 19 of the Complaint is not directed at this Defendant and requires no response.

20. Answering paragraph 20 of the Complaint, Defendant admits that it is a corporate entity organized under the laws of the Commonwealth of Massachusetts. Further answering, Defendant states that it is a law firm organized as

a Professional Corporation under Massachusetts law.

21. Paragraph 21 of the Complaint is not directed at this Defendant and requires no response.

22. Paragraph 22 of the Complaint is not directed at this Defendant and requires no response.

23. Answering paragraph 23 of the Complaint, Defendant admits that in some cases it acts as a "debt collector" as defined by federal law, however, to the extent this paragraph may be construed to allege that Defendant acted in such capacity with respect to Plaintiff, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations herein.

24. Answering paragraph 24 of the Complaint, Defendant admits that in some cases it acts as a "debt collector" as defined by federal law, however, to the extent this paragraph may be construed to allege that Defendant acted in such capacity with respect to Plaintiff, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations herein.

25. Answering paragraph 25 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

26. Answering paragraph 26 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

**Factual Allegations**

27. Answering paragraph 27 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

28. Answering paragraph 28 of the Complaint, Defendant admits the allegations as to it and is without knowledge or information to form a belief as to the truth of the allegations contained therein as to any other parties.

29. Answering paragraph 29 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

30. Answering paragraph 30 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

31. Answering paragraph 31 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

32. Answering paragraph 32 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

33. Answering paragraph 33 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

34. Answering paragraph 34 of the Complaint, Defendant does not dispute the allegations contained therein.

35. Answering paragraph 35 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

36. Answering paragraph 36 of the Complaint, Defendant does not dispute the allegations contained therein.

37. Answering paragraph 37 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained

therein, and on that basis denies each and every allegation therein.

38. Answering paragraph 38 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

39. Answering paragraph 39 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

40. Answering paragraph 40 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

41. Paragraph 41 of the Complaint is not directed at this Defendant and requires no response.

42. Paragraph 42 of the Complaint is not directed at this Defendant and requires no response.

43. Answering paragraph 43 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

44. Answering paragraph 44 of the Complaint, Defendant admits the allegations contained therein.

45. Answering paragraph 45 of the Complaint, Defendant denies the allegations contained therein.

46. Answering paragraph 46 of the Complaint, Defendant denies the allegations contained therein.

47. Answering paragraph 47 of the Complaint, Defendant denies the allegations contained therein.

48. Answering paragraph 48 of the Complaint, Defendant denies the allegations contained therein.

## CREDIT REPORTING

49. Answering paragraph 49 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

50. Answering paragraph 50 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

51. Answering paragraph 51 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

52. Answering paragraph 52 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

53. Answering paragraph 53 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

54. Answering paragraph 54 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

55. Answering paragraph 55 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

56. Answering paragraph 56 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

57. Answering paragraph 57 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained

therein, and on that basis denies each and every allegation therein.

58. Answering paragraph 58 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

59. Answering paragraph 59 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

60. Answering paragraph 60 of the Complaint, Defendant denies the allegations contained therein.

## COUNT I

**Violation of the Fair Debt Collection Practices Act Against Zwicker & Associates, P.C.**

**15 U.S.C. §§ 1692, et seq. ("FDCPA")**

61. Answering paragraph 61 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

62. Answering paragraph 62 of the Complaint, Defendant denies the allegations contained therein.

63. Answering paragraph 63 of the Complaint, Defendant denies the allegations contained therein.

64. Answering paragraph 64 of the Complaint, Defendant denies the allegations contained therein.

65. Answering paragraph 65 of the Complaint, Defendant denies the allegations contained therein.

## COUNT II

**Violation of the Rosenthal Fair Debt Collection Practices Act Against Zwicker and Discover**

**Cal. Civ. Code §§ 1788, et seq. ("Rosenthal Act").**

66. Answering paragraph 66 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

67. Answering paragraph 67 of the Complaint, Defendant denies the allegations contained therein.

68. Answering paragraph 68 of the Complaint, Defendant denies the allegations contained therein.

69. Answering paragraph 69 of the Complaint, Defendant denies the allegations contained therein.

70. Answering paragraph 70 of the Complaint, Defendant denies the allegations contained therein.

## COUNT III

### Violation of the CITA Against Discover Bank

### Cal. Civ. Code § 1798.3

71. Answering paragraph 71 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

72. Paragraph 72 of the Complaint is not directed at this Defendant and requires no response.

73. Paragraph 73 of the Complaint is not directed at this Defendant and requires no response.

74. Paragraph 74 of the Complaint is not directed at this Defendant and requires no response.

75. Paragraph 75 of the Complaint is not directed at this Defendant and requires no response.

76. Paragraph 76 of the Complaint is not directed at this Defendant and requires no response.

77. Paragraph 77 of the Complaint is not directed at this Defendant and requires no response.

78. Paragraph 78 of the Complaint is not directed at this Defendant and requires no response.

## COUNT IV

## Violation of the Fair Credit Reporting Act Against TransUnion and Discover Bank

## 15 U.S.C. §§ 1681, et seq.

79. Answering paragraph 79 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

80. Paragraph 80 of the Complaint is not directed at this Defendant and requires no response.

81. Paragraph 81 of the Complaint is not directed at this Defendant and requires no response.

82. Paragraph 82 of the Complaint is not directed at this Defendant and requires no response.

## COUNT IV

## Violation of the California Credit Reporting Agencies Act

## Against TransUnion and Discover Bank

## Cal. Civ. Code § 1785, et seq.

83. Answering paragraph 83 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

84. Paragraph 84 of the Complaint is not directed at this Defendant and requires no response.

85. Paragraph 85 of the Complaint is not directed at this Defendant and requires no response.

86. Paragraph 86 of the Complaint is not directed at this Defendant and requires no response.

## PRAYER FOR RELIEF

Defendant denies each and every claim stated therein.

## ADDITIONAL RESPONSES AND DEFENSES
## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

At all times material herein, Plaintiff failed and neglected to mitigate his damages, so as to reduce and/or diminish his claims.

### SECOND AFFIRMATIVE DEFENSE

Any violations of law, if any occurred, resulted from a bona fide error despite the maintenance of procedures reasonably adopted to avoid any such error.

### THIRD AFFIRMATIVE DEFENSE

An award of statutory damages in the absence of actual damages would exceed the limits of Constitutional due process. *State Farm Mut. Auto Ins. Co. v. Campbell*, 538 U.S. 408, 123 S. Ct. 1513, 155 L. Ed. 2d 585 (2003).

### FOURTH AFFIRMATIVE DEFENSE

Defendant acted in good faith at all times in its dealings with Plaintiff, and if any conduct by Defendant is found to be unlawful, which Defendant expressly denies, such conduct was not willful.

### FIFTH AFFIRMATIVE DEFENSE

Defendant denies that Plaintiff is entitled to or should recover statutory damages as alleged or in any amount at all.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff, by his acts, conduct and omissions, has waived any and all rights he may have had as against Defendant, by reason of Defendant's express knowledge, acceptance and participation.

WHEREFORE, Defendant prays that Plaintiff take nothing in this case, that the Court award Defendant its reasonable fees and costs, and that it be granted all such other and further relief, at law or in equity, as to which it may be justly entitled.

Dated: March 31, 2022

**BARRON & NEWBURGER, P.C.**

By: /s/ Timothy Johnson
TIMOTHY P. JOHNSON
Attorneys for Defendant
Zwicker & Associates, P.C.

## CERTIFICATE OF SERVICE

I, Timothy P. Johnson, do hereby certify that the Answer to Complaint was served this 31st day of March, 2022, on all counsel of record via the Court's ECF system.

/s/Timothy Johnson
TIMOTHY P. JOHNSON