JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE GOTANIAN,<br><br>           Plaintiff,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C., DISCOVER BANK, and TRANS UNION, LLC,<br><br>           Defendants. | Case No. 2:22-cv-00421-JFW-MAAx<br><br>Hon. John F. Walter<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC** |

      Plaintiff Andre Gotanian and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

      IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Andre Gotanian against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

Date: August 31, 2022

*[signature]*

Hon. John F. Walter